**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| DEREK DELANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 3:13-cv-00773-JRS |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, DEREK DELANO ("Plaintiff"), through his attorneys, Ferris Winder, PLLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

By:/s/   Richard W. Ferris_____
Richard W. Ferris, Esq.
Ferris Winder, PLLC
530 East Main St. Suite 710
Richmond, VA 23219
804-767-1800
rwferris@ferriswinder.com

**CERTIFICATE OF SERVICE**

On December 17, 2013, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By:/s/   Richard W. Ferris_____
Richard W. Ferris, Esq.