UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DEREK DELANO, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No.: 3:13-cv-00773-JRS |
| GC SERVICES, LP, | ) ) ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, DEREK DELANO ("Plaintiff"), through his attorneys, Ferris Winder, PLLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP

RESPECTFULLY SUBMITTED,

By:/s/   Richard W. Ferris_____
    Richard W. Ferris, Esq.
    Ferris Winder, PLLC
    530 East Main St. Suite 710
    Richmond, VA 23219
    804-767-1800
    rwferris@ferriswinder.com

## CERTIFICATE OF SERVICE

    On December 17, 2013, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By:/s/   Richard W. Ferris_____
    Richard W. Ferris, Esq.