UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



DEREK DELANO,

                        Plaintiff,

v.

GC SERVICES, LP,

                        Defendant.

Action No. 3:13-CV-773

### ORDER

THIS MATTER is before the Court on Plaintiff Derek Delano's Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 5). Upon due consideration, this action is hereby DISMISSED.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                    /s/
                                     James R. Spencer
                                     United States District Judge

ENTERED this 18th day of December 2013.